

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-16-00636-CV

Kevin W. **LILES**, Bryan K. Harris, Stuart R. White, James L. Ray and Kyle D. Giacco  (Cross-Appellees),
Appellants

v.

Maria Isabel Serna **CONTRERAS** as next friend and guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, Minor Children  (Cross-Appellant),
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

The joint motion to consolidate and extend appellees' brief deadlines are hereby GRANTED. Time is extended to May 22, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.

_____
Keith E. Hottle
Clerk of Court